IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SANDRA RICHTER,
Plaintiff,

v.

WEIL PUMPS CO., INC.,
Defendant.                                               No. 01-CV-0927-DRH

**ORDER**

**HERNDON, District Judge:**

On September 28, 2005, the Court set this matter for jury trial on November 7, 2005 (Doc. 173). That same day, Defendant's counsel, Robert B. Corris, filed a letter which the Court construes as a motion to continue the trial (Doc. 174). It is noted that while the letter requests that the Court set up a pretrial conference for the purpose of taking up the issue of counsel's request, it discussed the substance of counsel's request and, therefore, the Court deems the matter submitted. Based on the following, the Court finds that a continuance is not warranted. While the Court is sympathetic to counsel's trial schedule, the Court notes that this is a 2001 case and the Court finds that counsel has adequate time after the October 24, 2005 trial to prepare for this case. Furthermore, the Court, the parties and the witnesses cannot wait for counsel to take an extended time to "switch gears." Accordingly, the Court **DENIES** Defendant's motion to continue trial (Doc. 174).

**IT IS SO ORDERED.**

Signed this 29th day of September, 2005.

/s/        David RHerndon
**United States District Judge**

Page 1 of 1