IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SANDRA RICHTER,

**Plaintiff,**

v.

WEIL PUMP CO., INC.,

**Defendant.**  No. 01-CV-0927-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's 7.4 emergency motions in limine precluding Plaintiff from offering exhibits at trial and to preclude Plaintiff from objecting to the edited videotape depositions (Doc. 182). Said motion is **DENIED**. Plaintiff's counsel did not violate any rules. Further, Plaintiff's counsel justified her actions and has agreed to meet with Defense counsel

**IT IS SO ORDERED.**

Signed this 27th day of October, 2005.

/s/ David RHerndon
United States District Judge