IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SANDRA RICHTER,
et al.,
Plaintiffs,

v.

WEIL PUMP CO., INC.,
et al.,

Defendants.                          No. 01-CV-0927-DRH

## ORDER

**HERNDON, District Judge:**

On June 5, 2006, the Plaintiffs filed a stipulation for dismissal (Doc. 202). The stipulation states that this case may be dismissed with prejudice. Thus, the Court **DISMISSES with prejudice** this cause of action. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 5th day of June, 2006.

                                         /s/          David   RHerndon
                                         United States District Judge