IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SANDRA RICHTER, SONDA BALD,
and DENNIS DANKERT,

       Plaintiffs,

       vs.                                         Cause No. 01-CV-927 DRH

WEIL PUMP COMPANY, INC.,
ARDOX CORPORATION, and
RUSS I. BRATT,

       Defendants.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

                                                        **SOFRON B. NEDILSKY, CLERK**

June 6, 2006                                     By:   s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/    David R Herndon
               **U.S. DISTRICT JUDGE**